# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **IMARI A. OBADELE**, 3 #180142,<br><br>  Plaintiff,<br><br>v.<br><br>**ERIK SKON, CONNIE ROEHRICH,<br>MIKE SVEEN, NATHAN MORCHING,<br>LISA WESELOCH, and DENNIS<br>LINDELL,**<br><br>  Defendants. | Civil No. 03-2814 (DSD/JGL)<br><br><br><br>**O R D E R** |

## APPEARANCES

Imari A. Obadele, pro se

Jennifer A. Service, Esq. and Robert L. Grossman, Esq. for Defendants

Based upon the Report and Recommendation by Chief United States Magistrate Judge Jonathan Lebedoff dated July 12, 2005; all the files, records, and proceedings herein; and no objections having been filed to that Report and Recommendation;

**IT IS HEREBY ORDERED** that Plaintiff Imari Obadele's Motion for Fees and Costs (Doc. No. 138) is **DENIED** as moot. To the extent they have not done so, Defendants Skon, Roerich, and Sveen should deposit $481.66 into Plaintiff's inmate account.

Dated: August 2, 2005

                                                      s/David S. Doty                  
                                                      DAVID S. DOTY
                                                      United States District Court